# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| | Case Number: **1:24-CR-00131-JB(1)** |
| **AUSTAL USA, LLC** | USM Number: |
| | **Isaac Adams** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to Counts One and Two of the Information on August 26, 2024.
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court
☐ was found guilty on count(s) _____ after a plea of not guilty

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 15:78J.F Securities Fraud | December 31, 2015 | One |
| 18:1516.F Obstruction Of A Federal Audit | December 31, 2015 | Two |

The defendant is sentenced as provided in pages Two through Five of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

    It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**November 18, 2024**
Date of Imposition of Judgment

**s/JEFFREY U. BEAVERSTOCK**
Signature of Judge

**JEFFREY U. BEAVERSTOCK**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**December 11, 2024**
Date

DEFENDANT: AUSTAL USA, LLC
CASE NUMBER: 1:24-CR-00131-JB(1)

# PROBATION

The defendant is hereby sentenced to probation for a term of: **THREE (3) YEARS as to each of Counts One and Two; said terms to run concurrently.**

☒  Special Conditions:

**1)  the Defendant Organization shall obtain an independent compliance monitor as outlined in paragraphs 24 through 29 of the Plea Agreement.  Any and all reports prepared by the selected monitor shall be disclosed to the parties, as outlined, and to the U.S. Probation Office for the Southern District of Alabama.**

**2)  the Defendant Organization shall cooperate fully on all matters relating to the instant conduct as outlined in paragraph 11 of the Plea Agreement.**

**3)  the Defendant Organization shall continue to implement a compliance and ethics program as described in paragraph 9 and Attachment C of the plea agreement.**

**4)  the Defendant Organization will be honest in all matters.**

See Page 4 for the
**"STANDARD CONDITIONS OF SUPERVISION"**

DEFENDANT: AUSTAL USA, LLC
CASE NUMBER: 1:24-CR-00131-JB(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions.

1. Within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;
2. The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3. The defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4. The defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5. The defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees.

Defendant's Signature _____     Date _____

U.S. Probation Officer's Signature _____     Date _____

DEFENDANT: AUSTAL USA, LLC
CASE NUMBER: 1:24-CR-00131-JB(1)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Page 5.

|            | **Assessment** | **Fine**          | **Restitution** |
|------------|---------------:|------------------:|----------------:|
| **TOTALS** | $800.00        | $24,000,000.00    | $.00            |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. (or see attached) However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Page 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☒ the interest requirement is waived for the    ☒ fine          ☐ restitution
  ☐ the interest requirement for the              ☐ fine          ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: AUSTAL USA, LLC
CASE NUMBER: 1:24-CR-00131-JB(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ See Section F below:

　　☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $800.00 for Counts One and Two, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. The $24,000,000.00 fine is to be paid directly to the SEC within twelve (12) months of the date of this judgment and may be paid in installments.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

　☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.
☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.